UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MISIEWICZ, | Case No. 2:14-cv-00115-JAD-VCF |
| *Plaintiff,* | **O R D E R** |
| vs. | |
| STATE OF NEVADA, *et al.,* | |
| *Defendant*s. | |

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

**IT THEREFORE IS ORDERED** that this action shall be **DISMISSED** without prejudice, with each side to bear its own fees and costs.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

Dated: June 12, 2014.

_____
JENNIFER A. DORSEY
United States District Judge